IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWA INC. POST CONFIRMATION ESTATE, | ) | Case No. 01-00056 (PJW) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| TWA INC. POST CONFIRMATION ESTATE, | ) | |
| | ) | Civil Action No. 04-387 (GMS) |
| Plaintiff, | ) | |
| | ) | Adv. No. 03-70002 |
| v. | ) | |
| | ) | |
| DANIEL S. KLEIN, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE OF PLAINTIFF TWA, INC. POST
CONFIRMATION ESTATE TO THE COURT'S APRIL 16, 2007
<u>ORDER ON RULE TO SHOW CAUSE AND CONSENT TO DISMISS</u>**

On April 16, 2007, the United States District Court for the District of Delaware entered an order (the "Order") to show cause why the above-referenced proceeding should not be dismissed with prejudice for failure to prosecute. The TWA, Inc. Post Confirmation Estate, Plaintiff, responds to the Order and requests that this case be dismissed.

Dated: May 16, 2007
                                                                                    PACHULSKI STANG ZIEHL YOUNG
                                                                                    JONES & WEINTRAUB LLP

                                                                                    /s/ James E. O'Neill
                                                                                     _____
                                                                                    Laura Davis Jones (Bar No. 2436)
                                                                                    James E. O'Neill (Bar No. 4042)
                                                                                    919 North Market Street, 17th Floor
                                                                                    P.O. Box 8705
                                                                                    Wilmington, DE 19899-8705
                                                                                    Telephone: (302) 652-4100
                                                                                    Facsimile: (302) 652-4400
                                                                                    Co-Counsel for the Estate Plaintiff