IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: ) | Chapter 11 | |
| ) | | |
| TWA INC. POST CONFIRMATION ESTATE, ) | Case No. 01-00056 (PJW) | |
| ) | | |
| Debtor, ) | | |
| ------------------------------------------------------------) | | |
| TWA INC. POST CONFIRMATION ESTATE, ) | | |
| ) | Civil Action No. 04-387 (GMS) | |
| Plaintiff, ) | | |
| ) | Adv. No. 03-70002 | |
| v. ) | | |
| ) | | |
| DANIEL S. KLEIN, ) | | |
| ) | | |
| Defendant. ) | | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 16th day of May, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**RESPONSE OF PLAINTIFF TWA, INC. POST CONFIRMATION ESTATE TO THE COURT'S APRIL 16, 2007 ORDER ON RULE TO SHOW CAUSE AND CONSENT TO DISMISS**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

TWA Inc. Adversary Service List
Daniel S. Klein
Document No. 105044
01 – Hand Delivery
01 – First Class Mail

***Hand Delivery***
(Counsel for Defendant Daniel S. Klein)
Jennifer L. Scoliard
Klehr, Harrison, Harvey, Branzburg &
Ellers L.L.P.
919 Market Street
Suite 1000
Wilmington, DE  19801

***First Class Mail***
Jill M. Farmer
General Counsel
TWA Inc. Post Confirmation Estate
11495 Natural Bridge Road, Room 212
Bridgeton, MO  63044