IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| TWA INC. POST CONFIRMATION ESTATE, | ) | Bankr. Case. No. 01-00056 PJW |
| Debtor | ) | (Jointly Administered) |
| | ) | |
| TWA INC. POST CONFIRMATION ESTATE, | ) | |
| Plaintiff, | ) | Civil Action No. 04-387 GMS |
| v. | ) | Adv. No. 03-70002 |
| DANIEL S. KLEIN | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

WHEREAS, on June 18, 2004, a motion to withdraw the reference from the United States Bankruptcy Court was filed (D.I. 1);

WHEREAS, on January 14, 2005, an Order granting the motion to withdraw the reference was issued by the Court (D.I. 7);

WHEREAS, on January 20, 2005, an Affidavit of Service was filed (D.I. 8);

WHEREAS, on April 16, 2007, the court issued an Order directing the plaintiff to show cause, pursuant to Local Rule 41.1, why this case should not be dismissed (D.I. 9);

WHEREAS, on May 16, 2007, the plaintiff filed a response to the Order requesting that this case be dismissed with prejudice (D.I. 10).

IT IS HEREBY ORDERED that:

This case is DISMISSED with prejudice.

                                              /s/ Gregory M. Sleet
                                              UNITED STATES DISTRICT JUDGE

May 17, 2007